**No. 09-10419. Earl Wolfe, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3370, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4429.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10423. Elverto Davila, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3371, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4399.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.
Same case below, 364 Fed. Appx. 488.

**No. 09-10424. Joseph D. Clements, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3371, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4393.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.
Same case below, 363 Fed. Appx. 505.

**No. 09-10425. Frederick D. Deberry, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3371, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4420.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.
Same case below, 364 Fed. Appx. 404.

**No. 09-10430. Gabriel Martinez, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3371, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4419.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.
Same case below, 364 Fed. Appx. 305.

**No. 09-10431. Travis Dell Jones, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3371, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4492.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.
Same case below, 367 Fed. Appx. 482.

**No. 09-10435. James Edward Gowdy, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3372, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4387.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.
Same case below, 364 Fed. Appx. 61.

**No. 09-10436. Eric L. Frazier, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3372, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4525.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.
Same case below, 360 Fed. Appx. 690.

**No. 09-10440. Jason Ryan Holden, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3372, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4529.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.
Same case below, 363 Fed. Appx. 476.

**No. 09-10442. David Podlog, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3372, 176 L. Ed. 2d 1258, 2010 U.S. LEXIS 4478,

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.